■ In the Matter of MICHELLE PAPE, Respondent, v DAVID PAPE, SR., Appellant. [649 NYS2d 882] —Order unanimously affirmed without costs. Memorandum: There is no merit to the contention of respondent that Family Court abused its discretion by denying his cross petition seeking custody of the parties' two children. Custody determinations are governed by the best interests of the child (*see, Matter of Roulo v Roulo,* 201 AD2d 937). Upon our review of the record, we conclude that the best interests of the children are served by the court's disposition; and there is no basis to disturb it (*see, Matter of Castro v Santiago,* 176 AD2d 520). (Appeal from Order of Genesee County Family Court, Graney, J.—Custody.) Present—Pine, J. P., Fallon, Callahan, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORVILLE B. JOHNSON, JR., Appellant. [649 NYS2d 883] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Yates County Court, Falvey, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY HALL, Appellant. [649 NYS2d 882] —Judgment unanimously affirmed. Memorandum: At sentencing, defendant did not challenge either his status as a second felony offender or the accuracy of the dates set forth in the People's CPL 400.21 statement. Defendant, therefore, has waived his present contention that the allegations in the statement are inaccurate and insufficient to support Supreme Court's finding that defendant has been subjected to a predicate felony conviction (*see,* CPL 400.21 [3]; *People v Khatib,* 166 AD2d 668, 669). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.